1 | Dawniell Zavala (State Bar No. 253130)
2 | HOLME ROBERTS & OWEN LLP
  | 560 Mission Street, 25th Floor
3 | San Francisco, CA 94105-2994
  | Telephone: (415) 268-2000
4 | Facsimile: (415) 268-1999
  | Email: dawniell.zavala@hro.com
5 |
6 | Attorneys for Plaintiffs,
  | UMG RECORDINGS, INC.;
7 | ATLANTIC RECORDING CORPORATION;
  | BMG MUSIC; and CAPITOL RECORDS, LLC
8 |

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, LLC, a Delaware limited liability company,

   Plaintiffs,

 v.

JOHN DOE,

   Defendant.

CASE 08 — 3998 BZ

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39511 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6      Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
7  publicly held French company.
8      Plaintiff ATLANTIC RECORDING CORPORATION's ultimate parent corporation is
9  Warner Music Group Corp., which is publicly traded in the U.S.
10      Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
11  ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.
12      Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is
13  not publicly traded.
14
15  Dated: August 21, 2008          HOLME ROBERTS & OWEN LLP
16
17                              By _____
                                DAWNIELL ZAVALA
18                                  Attorney for Plaintiffs
19                                  UMG RECORDINGS, INC.; ATLANTIC
                                RECORDING CORPORATION; BMG MUSIC;
20                                  and CAPITOL RECORDS, LLC
21
22
23
24
25
26
27
28

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No._____
#39511 v1