FILED

08 AUG 21 PM 3: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
4  Email: dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.;                       E-filing
7  ATLANTIC RECORDING CORPORATION;
   BMG MUSIC; and CAPITOL RECORDS, LLC
8
9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
                   _____ DIVISION               BZ
11
12  UMG RECORDINGS, INC., a Delaware           CASE NO. CV 08        3998
    corporation; ATLANTIC RECORDING
13  CORPORATION, a Delaware corporation;
    BMG MUSIC, a New York general partnership;
14  and CAPITOL RECORDS, LLC, a Delaware       **EX PARTE APPLICATION FOR LEAVE
    limited liability company,                 TO TAKE IMMEDIATE DISCOVERY**
15
16                 Plaintiffs,
17        v.
18
19  JOHN DOE,
20                 Defendant.
21
22
23
24
25
26
27
28

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39512 v1

ORIGINAL

1       Plaintiffs, through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 26

2   and 45, the Declaration of Carlos Linares, and the authorities cited in the supporting Memorandum

3   of Law, hereby apply for an Order permitting Plaintiffs to take immediate discovery.

4       In support thereof, Plaintiffs represent as follows:

5       1.    Plaintiffs, record companies who own the copyrights in the most popular sound

6   recordings in the United States, seek leave of the Court to serve limited, immediate discovery on a

7   third party Internet Service Provider ("ISP") to determine the true identity of Defendant, who is

8   being sued for direct copyright infringement.

9       2.    As alleged in the complaint, Defendant, without authorization, used an online media

10  distribution system to download Plaintiffs' copyrighted works and/or distribute copyrighted works to

11  the public. Although Plaintiffs do not know the true name of Defendant, Plaintiffs have identified

12  Defendant by a unique Internet Protocol ("IP") address assigned to Defendant on the date and time

13  of Defendant's infringing activity.

14      3.    Plaintiffs intend to serve a Rule 45 subpoena on the ISP seeking documents that

15  identify Defendant's true name, current (and permanent) address and telephone number, e-mail

16  address, and Media Access Control ("MAC") address. Without this information, Plaintiffs cannot

17  identify Defendant or pursue their lawsuit to protect their copyrighted works from repeated

18  infringement.

19      4.    Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of a

20  Rule 26(f) conference where there are no known defendants with whom to confer.

21      WHEREFORE, Plaintiffs apply for an Order permitting Plaintiffs to conduct the foregoing

22  requested discovery immediately.

23  Dated: August 21, 2008          HOLME ROBERTS & OWEN LLP

24                        By

25                          DAWNIELL ZAVALA

26                          Attorney for Plaintiffs
                            UMG RECORDINGS, INC.; ATLANTIC

27                          RECORDING CORPORATION; BMG MUSIC;
                            and CAPITOL RECORDS, LLC

28

1

EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No._____ _____
#39512 v1