| | |
|---|---|
| 1 | Dawniell Zavala (State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA  94105-2994 |
|   | Telephone:   (415) 268-2000 |
| 4 | Facsimile:    (415) 268-1999 |
|   | Email:         dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | UMG RECORDINGS, INC.; |
| 7 | ATLANTIC RECORDING CORPORATION; |
|   | BMG MUSIC; and CAPITOL RECORDS, LLC |
| 8 | |

**E-filing**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

**BZ**

CASE NO. CV 08 3998

UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, LLC, a Delaware limited liability company,

          Plaintiffs,

  v.

JOHN DOE,

          Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

---

1       Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3       ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain
4  the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify
5  Defendant, including the name, current (and permanent) address and telephone number, e-mail
6  address, and Media Access Control addresses for Defendant. The disclosure of this information is
7  ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8       IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12 DATED: _____        By: _____
                                     United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No._____
#39514 v1