AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | E-filing<br>CV 08 3998 |
|---|---|---|
| DOCKET NO. | DATE FILED 8/21/2008 | |

**E-filing**
**CV 08 3998**
**BZ**

| PLAINTIFF<br>UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; and CAPITOL RECORDS, LLC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>8/21/2008 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ORIGINAL

## EXHIBIT A

### 171.66.51.229 2008-04-25 16:07:56 EDT

| IP Address: 171.66.51.229 2008-04-25 16:07:56 EDT | CASE ID# 167725650 |
|---|---|
| P2P Network: GnutellaUS | Total Audio Files: 94 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Atlantic Recording Corporation | Ray J | Formal Invite | This Ain't A Game | 305-707 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| Capitol Records, LLC | Megadeth | Hangar 18 | Rust In Peace | 125-168 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Free Bird | Pronounced Leh'-nerd Skin'-nerd | N8871 |
| Capitol Records, LLC | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |