1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: dawniell.zavala@hro.com
5

6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.;
7  ATLANTIC RECORDING CORPORATION;
   BMG MUSIC; and CAPITOL RECORDS, LLC
8

E-filing

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10                      _____ DIVISION
11

12 UMG RECORDINGS, INC., a Delaware          CASE NO. CV 08 3998 BZ
   corporation; ATLANTIC RECORDING
13 CORPORATION, a Delaware corporation;
   BMG MUSIC, a New York general partnership;  [PROPOSED] ORDER GRANTING
14 and CAPITOL RECORDS, LLC, a Delaware        PLAINTIFFS' APPLICATION FOR LEAVE
   limited liability company,                  TO TAKE IMMEDIATE DISCOVERY
15

16                  Plaintiffs,
17        v.
18

19 JOHN DOE,
20                  Defendant.

21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE
DISCOVERY
Case No. _____
#39514 v1

Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on Stanford University to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: September 2, 2008          By: _____
                                      United States District Judge



1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No._____
#39514 v1